IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON,<br><br>  Defendant. | Civil Action No. 1:17-cv-13199-NHL-KMW |

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

The Court, on the parties' request under Fed. R. Civ. P. 41(a)(1), hereby **DISMISSES WITH PREJUDICE AND ON THE MERITS** all claims that were brought, or could have been brought, by Plaintiff Eric Miller in his Complaint, with each party to bear its own attorneys' fees and costs except as may be set forth in the parties' Settlement Agreement. The Court further approves the release of claims by Plaintiff set forth in the Settlement Agreement, which was presented to the Court for its review, including, but not limited to, any claims against Defendant Bank of New York Mellon under the Fair Labor Standards Act.

IT IS SO ORDERED

DATED: April 8th, 2021

_____
Hon. Karen M. Williams, U.S.M.J.